UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Government Employees<br>Insurance Co., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Insterstate Multi-Specialty<br>Medical Group, et al.,<br><br>    Defendant. | Civil No. 17-5725(JMV)<br><br>**ORDER OF DISMISSAL** |

This matter having been reported settled and the Court having administratively terminated the action for thirty (30) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the thirty-day time period having passed without the Court having received the necessary papers;

**IT IS** on this 11th day of December, 2017

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ, U.S.D.J.